**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**DAVID COX**
**ADC # 800083**                                                                                                    **PLAINTIFF**

v.                                          5:09-cv-00300-BSM-JJV

**LARRY NORRIS, Director, Arkansas Department**
**of Correction; ROY AGEE, Interstate Compact**
**Administrator, Arkansas Department of Correction; and**
**ELIZABETH RICE, Interstate Compact Administrator,**
**Kansas Department of Correction**                                                      **DEFENDANTS**

## JUDGMENT

Consistent with the order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case be DISMISSED. Furthermore, the court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from this judgment and the accompanying order would not be taken in good faith.

DATED this 16th day of December, 2009.

_____
UNITED STATES DISTRICT JUDGE