## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**DAVID COX**  **PLAINTIFF**
**ADC # 800083**

V.                     5:09cv00300 BSM-JJV

**LARRY NORRIS, Director, Arkansas Department
of Correction; ROY AGEE, Interstate Compact
Administrator, Arkansas Department of Correction; and
ELIZABETH RICE, Interstate Compact Administrator,
Kansas Department of Correction**  **DEFENDANTS**

### ORDER

The court has received the recommended disposition from United States Magistrate Judge Joe J. Volpe and Plaintiff David Cox's objections. After carefully reviewing the recommended disposition, the objections, and reviewing the record *de novo*, it is concluded that the recommended disposition should be, and hereby is, approved and adopted in all respects in its entirety.

Plaintiff's motion (Doc. No. 19) is DENIED.

IT IS SO ORDERED this 14th day of April, 2010.

_____
UNITED STATES DISTRICT JUDGE